**SEALED**

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 1 3 2007

CHRIS R. JOHNSON, CLERK

BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. C-07-628 |
| Plaintiff, ) | |
| ) | United States Courts |
| v. ) | Southern District of Texas |
| MARK ESCOBEDO, A.K.A. ) | FILED |
| Beatle and Bedo, ) | |
| OSCAR JOSE SALAZAR, A.K.A. ) | NOV 2 8 2007 |
| Turtle, ) | |
| ROBERT BRIAN SALINAS, A.K.A. ) | Michael N. Milby, Clerk of Court |
| Ballis, ) | |
| CHRISTOPHER JOHN OLSEN, A.K.A. ) | 2:07m2032-001 |
| Chunk, ) | |
| ANDREW EMIL SINDT, A.K.A. ) | WD/AR |
| Demon, ) | |
| ANDREW CHRISTIAN SUGARS, ) | |
| A.K.A. Lil Sugs, ) | |
| JAMES EDWARD WHITTINGTON, ) | |
| BRENDA GOLDEN DAY, ) | |
| GLENN EDWARD DASILVA, A.K.A. ) | |
| Tank, ) | |
| MICHAEL PYLES, ) | |
| HOMER RAMOS, and ) | |
| JOHN MICHAEL MUNGIA, A.K.A. ) | |
| John Munguia, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
[21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(A)]

That beginning on or about January 1, 2005, the exact date unknown to the grand jurors, and continuing until on or about November 28, 2007, in the ~~Western~~ Southern District of Texas,

1

Defendants,

        MARK ESCOBEDO, A.K.A. Beatle and Bedo,
        OSCAR JOSE SALAZAR, A.K.A. Turtle,
        ROBERT BRIAN SALINAS, A.K.A. Ballis,
        CHRISTOPHER JOHN OLSEN, A.K.A. Chunk,
        ANDREW EMIL SINDT, A.K.A. Demon,
        ANDREW CHRISTIAN SUGARS, A.K.A. Lil Sugs,
        JAMES EDWARD WHITTINGTON,
        BRENDA GOLDEN DAY,
        GLENN EDWARD DASILVA, A.K.A. Tank,
        MICHAEL PYLES,
        HOMER RAMOS, and
        JOHN MICHAEL MUNGIA, A.K.A. John Munguia,

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and in violation of Title 21, United States Code, Section 846.

## COUNT TWO
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. §2]

On or about November 3, 2005, in the Southern District of Texas, Defendants,

        GLENN EDWARD DASILVA, A.K.A. Tank, and
        HOMER RAMOS,

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved more than 5 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT THREE
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. §2]

On or about August 26, 2006, in the Southern District of Texas, Defendants,

**GLENN EDWARD DASILVA, A.K.A. Tank, and
MICHAEL PYLES,**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved more than 5 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT FOUR
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. §2]

On or about December 17, 2006, in the Southern District of Texas, Defendants,

**OSCAR JOSE SALAZAR, A.K.A. Turtle, and
ANDREW CHRISTIAN SUGARS, A.K.A. Lil Sugs,**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

### COUNT FIVE
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. §2]

On or about December 19, 2006, in the Southern District of Texas, Defendants,

**OSCAR JOSE SALAZAR, A.K.A. Turtle, and
JAMES EDWARD WHITTINGTON,**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the

intent to distribute a controlled substance, which offense involved more than 5 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B) and Title 18, United States Code, Section 2.

### COUNT SIX
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A) and 18 U.S.C. §2]

On or about March 6, 2007, in the Southern District of Texas, Defendants,

**OSCAR JOSE SALAZAR, A.K.A. Turtle, and
CHRISTOPHER JOHN OLSEN, A.K.A. Chunk,**

aided and abetted by each other, did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

### COUNT SEVEN
[21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)]

On or about September 15, 2007, in the Southern District of Texas, Defendant,

**JAMES EDWARD WHITTINGTON,**

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled substance, which offense involved a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(c).

### COUNT EIGHT
[18 U.S.C. §924(c)]

On or about September 15, 2007, in the Southern District of Texas, Defendant,

**JAMES EDWARD WHITTINGTON,**

4

did knowingly carry and use a firearm, that is a .22 caliber Citation semi-automatic pistol, serial number SH30029, during and in relation to a drug trafficking crime for which he may be prosecuted by a court of the United States, that is possession with the intent to distribute a controlled substance as described in Count Five of this indictment, in violation of Title 18, United States Code, Section 924(c).

A TRUE BILL

_____
Foreperson

By: _____
GREGORY J. SUROVIC
Special Assistant United States Attorney

5