U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 21 2007

CHRIS R. JOHNSON, CLERK

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
POST OFFICE BOX 1547
FORT SMITH, ARKANSAS 72902
(479) 783-6833 FAX (479) 783-6308

CHRISTOPHER R. JOHNSON
CLERK

P.O. BOX 1566
EL DORADO, AR 71730

P.O. BOX 2746
TEXARKANA, AR 75504

P.O. BOX 6420
FAYETTEVILLE, AR 72702

P.O. DRAWER 6486
HOT SPRINGS, AR 71902

December 13, 2007

U.S. District Court
Office of the Clerk
Southern District of Texas, Corpus Christi Division
1133 N. Shoreline
Corpus Christi, TX 78401

United States Courts
Southern District of Texas
FILED

DEC 17 2007

Michael N. Milby, Clerk of Court

Re: C-07-628; *United States of America v. Brenda Golden Day* (SD/TX)
2:07MJ2032-001 (WD/AR)

Please find pleadings for the above entitled case, pursuant to Rule 5 of the Federal Rules of Criminal Procedure.

Enclosed are the following:

1. Copy of Indictment filed in the Southern District of Texas on November 28, 2007.
2. Copy of Arrest Warrant issued in Southern District of Texas on November 29, 2007.
3. Minute sheet for proceedings held in U.S. District Court, Western District of Arkansas on December 13, 2007.
4. Financial Affidavit - CJA23 ( FILED UNDER SEAL on December 13, 2007).
5. Order Appointing the Federal Public Defender filed on December 13, 2007.
6. Commitment to Another District filed December 13, 2007.
7. Certified copy of the docket sheet.

Please acknowledge receipt of these documents on the duplicate of this letter.

Sincerely,

CHRISTOPHER R. JOHNSON, CLERK

By: _____
Deputy Clerk

Enclosures

cc: Honorable James R. Marschewski
    David Ferguson, AUSA
    Jack Schisler, FPD
    U.S. Probation Office
    U.S. Marshal's Office

Date Received: _____     By: _____ Deputy Clerk